WILLIAM W. MARDEN ET AL. *v.* JOSE CASTILLO
(3145)

DUPONT, C.P.J., HULL and BORDEN, Js.

Argued May 7—decision released June 4, 1985

*Edward Nusbaum,* with whom was *Bruce J. Corrigan, Jr.,* for the appellant (defendant).

*Ellen B. Lubell,* for the appellees (plaintiffs).

PER CURIAM. The defendant appeals from a judgment granting to the plaintiff title by adverse possession to

a three and one-half foot strip of defendant's land abutting the plaintiffs' land.

The trial court made a detailed finding of facts including those found after its view of the disputed area. The court's judgment is factually sound and correct in the application of the law.

There is no error.